James J. Cannon et al., Appellants, v. Otis Elevator Company, Respondent.—

No opinion.

Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.